**Daniel J. SCOTT Plaintiff-Appellant**

v.

**Mary BENSON, ARNP Defendant-Appellee**

1. The Honorable Mark W. Bennett, United States District Judge for the Northern District

**Iowa Civil Commitment Unit for Sex Offenders; Dr. Jason Smith, Director Defendants**

**No. 16-1910**

United States Court of Appeals, Eighth Circuit.

Submitted: January 5, 2017

Filed: January 10, 2017

Patrick Thomas Parry, Forker & Parry, Sioux City, IA, for Plaintiff-Appellant

Daniel J. Scott, Pro Se

Gretchen Kraemer, Assistant Attorney General, Attorney General's Office, Des Moines, IA, for Defendant-Appellee

SHEPHERD, ARNOLD, and KELLY, Circuit Judges.

PER CURIAM.

Daniel J. Scott appeals the district court's [1] adverse grant of judgment following a bench trial in his 42 U.S.C. § 1983 action. We find no error in the district court's conclusion that the care provided to Mr. Scott by defendant Mary Benson, ARNP, before September 6, 2010, did not rise to the level of deliberate indifference. See Smith v. AS Am., Inc., 829 F.3d 616, 622 (8th Cir. 2016) (if evidence could lead to two plausible conclusions, district court's choice between them cannot be clearly erroneous); Schaub v. VonWald, 638 F.3d 905, 915 (8th Cir. 2011) (deliberate indifference must be measured by defendant's knowledge at time in question, not by perfect vision of hindsight); Senty–

of Iowa.

Haugen v. Goodno, 462 F.3d 876, 889–90 (8th Cir. 2006) (deliberate indifference is higher standard than gross negligence). Accordingly, the judgment of the district court is affirmed, see 8th Cir. R. 47B; and the motion to withdraw filed by Mr. Scott's appointed counsel is denied as moot.